BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MC-008 JAM KJN |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $14,840.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Jonathan James Dumont ("claimant"), by and through their respective counsel, as follows:

1.   On or about November 6, 2012, claimant Jonathan James Dumont filed a claim in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $14,840.00 in U.S. Currency (hereafter "defendant currency"), which was seized on August 21, 2012.

2.   The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

1
Stipulation and Order to Extend Time

PDF created with pdfFactory trial version www.pdffactory.com

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is February 4, 2013.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to April 6, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to April 6, 2013.

Dated: 2/1/2013              BENJAMIN B. WAGNER
                             United States Attorney

                      By:    /s/ Kevin C. Khasigian
                             KEVIN C. KHASIGIAN
                             Assistant U.S. Attorney


Dated: 2/1/2013              /s/ Shawn R. Perez
                             SHAWN R. PEREZ
                             Attorney for Claimant
                             Jonathan James Dumont

                             (Signature approved by email)

**IT IS SO ORDERED**

Dated: 2/4/2013              /s/ John A. Mendez

                             UNITED STATES DISTRICT COURT JUDGE

2                              **Stipulation and Order to Extend Time**