BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MC-00008-JAM-KJN |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $14,840.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Jonathan James Dumont ("claimant"), by and through their respective counsel, as follows:

1.    On or about November 6, 2012, claimant Jonathan James Dumont filed a claim in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the Approximately $14,840.00 in U.S. Currency (hereafter "defendant currency"), which was seized on August 21, 2012.

2.    The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

Stipulation and Order to Extend Time

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was February 4, 2013.

4.      By Stipulation and Order filed February 4, 2013, the parties stipulated to extend to April 5, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to May 6, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      Accordingly, the parties agree that the deadline by which the United States shall be

///
///
///
///
///
///
///
///
///
///
///
///
///
///

2

**Stipulation and Order to Extend Time**

1  required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment

2  alleging that the defendant currency is subject to forfeiture shall be extended to May 6, 2013.

3  Dated: 4/4/2013                              BENJAMIN B. WAGNER
                                                United States Attorney
4

5

6                                      By:     /s/ Kevin C. Khasigian
7                                              KEVIN C. KHASIGIAN
                                               Assistant U.S. Attorney
8

9

10 Dated: 4/3/2013                              /s/ Shawn R. Perez
                                                SHAWN R. PEREZ
11                                              Attorney for Claimant
                                                Jonathan James Dumont
12
                                                (Signature approved by telephone)
13

14         **IT IS SO ORDERED**

15 Dated: 4/4/2013

16                                              /s/ John A. Mendez
                                                JOHN A. MENDEZ
17                                              United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

                                               **Stipulation and Order to Extend Time**